# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUE SANDER,<br><br>        Plaintiff,<br>v.<br><br>AMEC, Inc.,<br><br>        Defendant | Case No.: CV8-1842 RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND STIPULATION TO PROPERLY IDENTIFY DEFENDANT** |

This matter comes before the Court on the parties' Stipulated Motion for an Order Granting Defendant an Extension of Time to Answer Plaintiff's Complaint ("Stipulated Motion"). The court has reviewed the parties' Stipulated Motion and the files and records herein.

Defendant seeks additional time to answer or respond to the Plaintiff's Complaint in order to further investigate the claims and allegations contained in the Plaintiff's Complaint. The parties have agreed that Defendant AMEC E&E should be allowed an extension of time until Tuesday, January 13, 2009, to conduct a proper factual investigation of the Plaintiff's claims and allegations in order to properly answer or otherwise respond.

ORDER GRANTING STIPULATED MOTION
FOR AN EXTENSION OF TIME FOR DEFENDANT
TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND
STIPULATION TO PROPERLY IDENTIFY DEFENDANT- 1
Case No. CV8-1842 RSM

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

Having fully reviewed the Stipulated Motion and finding good cause, it is hereby

**ORDERED** that the parties Stipulated Motion for an Extension of Time for Defendant to Answer Plaintiff's Complaint is **GRANTED**. Defendant AMEC E&E shall be granted an extension of time until Tuesday, January 13, 2009, to answer or otherwise respond to the plaintiff's Complaint. It is also hereby **ORDERED** that the caption shall henceforth reflect the proper Defendant in this action, AMEC EARTH AND ENVIRONMENTAL, INC., a Nevada corporation, not AMEC, INC, a Washington corporation, as previously designated in Plaintiff's Complaint. .

IT IS SO ORDERED this 9th day of January, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

| JACKSON LEWIS LLP | LAW OFFICE OF ALEX HIGGINS |
|---|---|
| By s/Kristin Bell_____<br>Barry Alan Johnsrud, WSBA #21952<br>Kristin Bell WSBA #32766<br>Attorneys for Defendant AMEC, Inc.<br>One Union Square<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Fax: (206) 405-4450<br>Email: johnsrudb@jacksonlewis.com;<br>bellk@jacksonlewis.com | By s/ Alex J. Higgins (by Kristin Bell per telephonic authorization)<br>Alex J. Higgins #<br>Attorney for Plaintiff<br>999 Third Ave., Ste. 3210<br>Seattle, WA 98104<br>Tel: 206-340-4856<br>Fax: (206) 260-8803<br>E-mail: alexjhiggins@gmail.com |

ORDER GRANTING STIPULATED MOTION
FOR AN EXTENSION OF TIME FOR DEFENDANT
TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND
STIPULATION TO PROPERLY IDENTIFY DEFENDANT- 2
Case No. CV8-1842 RSM

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404